UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| J & J DEVELOPMENTS, INC | ) CASE NO. 12-11881 |
| | ) CHAPTER 11 |
| DEBTOR(S) | ) |

## APPLICATION BY LIQUIDATING TRUSTEE TO EMPLOY LAW FIRM

The application of STEVEN L. SPETH, Liquidating Trustee in Bankruptcy, respectfully represents:

1. That the movant seeks to engage the law firm of SPETH & KING, 300 West Douglas, Suite 230, Wichita, Kansas, 67202 and attorney STEVEN L. SPETH and/or TIMOTHY J. KING, for engagement of professional services.

2. These professional services would include representation of the Liquidating Trustee in all proceedings before the United States Bankruptcy Court, including hearings on any motions for relief from stay, contested matters, adversary proceedings, motions and notices pertaining to sales, avoidance of liens, objections to exemptions, negotiations with creditors and parties in interest, or any other matter typically requiring the involvement of an attorney.

3. That pursuant to Local Bankruptcy Rule 9010-1, the Liquidating Trustee as an entity, is prohibited from appearing in court. The Liquidating Trustee as an entity may only appear and participate in court only through an attorney in an adversary, contested matter, or other court hearing involving the questioning of the witness or presentation to the Court.

4. That the law firm of SPETH & KING has expertise in the bankruptcy field and has appeared in numerous bankruptcy proceedings in the United States Bankruptcy Court for the District of Kansas.

5. The appointment of the law firm of SPETH & KING to represent the Liquidating Trustee in Bankruptcy is not prohibited by law or any other legal impediment.

6. The law firm of SPETH & KING shall be compensated at the hourly rate for members of the law firm of Speth & King as follows:

   | STEVEN L. SPETH | $250/HOUR |
   | TIMOTHY J. KING | $250/HOUR |
   | PARALEGAL | $ 60/HOUR |

7. No retainer of other prepaid compensation has been paid and that the compensation agreed to be paid shall be in the form of hourly compensation as approved by the U.S. Bankruptcy Court.

8. The professional understands that there is a continuing duty to disclose any adverse interest or conflict of interest which may arise during the course of the processional's employment.

WHEREFORE, applicant prays that he be authorized to appoint the law firm of SPETH & KING in this case and that he have such other and further relief as is just and equitable.

RESPECTFULLY SUBMITTED:

SPETH & KING

*S/ Steven L Speth*
STEVEN L. SPETH, TRUSTEE   SC#12282
SPETH & KING
SUITE 230 R.H. GARVEY BLDG.
300 WEST DOUGLAS
WICHITA, KS. 67202
(316) 264-3333

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
J & J DEVELOPMENTS, INC. ) CASE NO. 12-11881
) CHAPTER 11
DEBTOR(S) )
)

**AFFIDAVIT**

STATE OF KANSAS )
) ss:
SEDGWICK COUNTY )

TIMOTHY J. KING, of lawful age, begin first duly sworn, states:

1. That the affiant is disinterested as that term is defined under 11 U.S.C. § 101.

2. That the attorney does not hold or represent an interest adverse to the estate.

3. That the affiant has examined the schedules and determined that neither he nor any other member of the firm, or any other attorney employed by the law firm who will appear before this Court in the conduct of the case, hold or represent an adverse interest to the estate & are disinterested as that term is defined under 11 U.S.C. § 105.

4. That the affiant and other members of the law firm and all other attorneys who are employees of the law firm are not connected with nor hold a business or familiar relationship with the debtor, any creditor, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

5. That the affiant understands that there is a continuing duty to disclose an adverse interest and change of circumstances.

6. The affiant understands that the Court's approval of the application is not approval of any proposed terms or compensation and under the provisions of 11 U.S.C. § 328, and the Court may allow compensation under terms different from those previously approved in the Application.

TIMOTHY J. KING     SC#12225
SPETH & KING
300 WEST DOUGLAS, STE. 230
WICHITA, KS. 67202
(316) 264-3333
TIN 48-1144294

SUBSCRIBED AND SWORN TO BEFORE ME THIS 11TH DAY OF JULY, 2013.

NOTARY PUBLIC

MY APPOINTMENT EXPIRES: APRIL 10, 2017

Notary Public - State of Kansas
RAQUEL L. LUSBY
My Appointment Expires 4-10-17

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
J & J DEVELOPMENTS, INC. ) CASE NO. 12-11881
) CHAPTER 11
DEBTOR(S) )
)

**AFFIDAVIT**

**STATE OF KANSAS** )
) ss:
**SEDGWICK COUNTY** )

STEVEN L. SPETH, of lawful age, begin first duly sworn, states:

1. That the affiant is disinterested as that term is defined under 11 U.S.C. § 101.

2. That the attorney does not hold or represent an interest adverse to the estate.

3. That the affiant has examined the schedules and determined that neither he nor any other member of the firm, or any other attorney employed by the law firm who will appear before this Court in the conduct of the case, hold or represent an adverse interest to the estate & are disinterested as that term is defined under 11 U.S.C. § 105.

4. That the affiant and other members of the law firm and all other attorneys who are employees of the law firm are not connected with nor hold a business or familiar relationship with the debtor, any creditor, any other party in interest, their respective accountants and attorneys, the United States Trustee, or any person employed in the office of the United States Trustee.

5. That the affiant understands that there is a continuing duty to disclose an adverse interest and change of circumstances.

6. The affiant understands that the Court's approval of the application is not approval of any proposed terms or compensation and under the provisions of 11 U.S.C. § 328, and the Court may allow compensation under terms different from those previously approved in the Application.

STEVEN L. SPETH, SC#12282
LIQUIDATING TRUSTEE
SPETH & KING
300 WEST DOUGLAS, STE. 230
WICHITA, KS. 67202
(316) 264-3333
TIN 48-1144294

SUBSCRIBED AND SWORN TO BEFORE ME THIS 11TH DAY OF JULY, 2013.

NOTARY PUBLIC

MY APPOINTMENT EXPIRES: APRIL 10, 2017

Notary Public - State of Kansas
RAQUEL L. LUSBY
My Appointment Expires 4-10-17